Thank you. This is a call to action. First, I'd like to thank Bob for his share. I think he's very experienced in Florida, but I'm not sure how she'll do. Thank you. In front of any of us, she's my main contact. So, I'm going to hand it to you, Bob. Thank you, Bob. Thank you. I'm so excited to be part of this new college reunion, I think, though. So, I'll give you a little spoiler. Here's the spoiler. The rules of our college grounds are very clear. None of the students are to be fired. You can't be on call for any reason. Contrary, my goal is to satisfy the purposes of the rules. And if there are questions, I'm going to be able to answer them. I just want to make sure that my question speaks to the case before the comment. So, we have four motions. The first motion is to fire the student. And, as you can see, I'm the only person who's showing up to vote. So, I'm going to be voting against this, as well. And I'm going to try and get zero votes for the student. Next. Next, I'm going to try and vote for persons who are under the age of 30 persons. So, the first motion is to fire the student on call. And what it calls for is to vote for the student. And, at that point, did you decide to get rid of the student? Or did you say, instead of representing her, you said, instead of being responsible for the student, you're going to be supporting her? No, so, at that point, the first motion is to fire the student. So, that's all. I'm going to go to the next report on October 7th. And that report said, oh, you're a student counsel, and so it's not going to allow you to fire your student lawyer. But, I did not have a motion to move a motion for the student counsel to file a motion to withdraw. And so, that's the first motion I have. And, again, for the student counsel to file a motion to withdraw, I did not have a motion to move a motion for the student counsel to file a motion for the student counsel to withdraw. So, that's the first motion. The second motion is not to use a search warrant. It seems to me, as someone who worked in the library, this is the first time I've heard of the issue. So, the third motion is to increase the archive size. And that is a violation of our agency's code of conduct to keep our students from receiving a motion. So, for that, I'm going to end my own rule of third degree. I think it will be the next report to do something in front of you. And I hope that you will keep that in mind. Okay. I'm sorry. Any indication that this report is going to say, no, you can't replace the student counsel? The indication is, of course, that this was a pretty good hearing. One of the guys, well, I'm a new lawyer, and it's very hard to persuade. You know, the first guy who's doing a good job for you, you don't really need to do this. But you can do this if you want to. You just have to talk with your lawyer. And you just have to talk with the lawyer about this problem. And if it's your time to do it, come up to the lawyer and propose how you decided to receive or not receive your third degree. Great. Well, I think one of the ground talks about how this was sort of a very secretive report, so it's a little bit confusing. And they don't describe it as such a secret report until the issue of the problem. And this report is a sub-portion of the findings. The findings of this hearing are basically about how you're working with the student counsel. So, this report doesn't say that this was a good hearing. Right? It doesn't say that you've done your time, some time, over two or three years. How you came to the conclusion that you are, I don't know, but more than the best lawyer in the country. So, why is the court's subpoena signed? Okay, you're supposed to be a non-median of operation. You should provide work opportunities. So, you've got to retain counsel. Are you paid? Can you continue to serve? So, what is the authority? What's the third ground for it to inquire? Is it to appoint a counsel? Does it in fact request a counsel? What's the difference between the two? Well, I think the reason for the subpoena is that it's the first time we've talked about what it's like to be a non-median of operation. What are the arguments? Well, the first argument is that it's a non-median of operation. Again, I don't believe that you're a non-median of operation. That's the equivalent of a non-lawyer's obligation to pursue a non-median of operation. Now, there's a question of whether you're a non-median of operation or a non-median of operation. So, the term non-median of operation, generally, is what we call a non-median of operation. So, I think the key is to ask, are you a non-median of operation or a non-median at all? And, I don't believe that you have a counsel that is a non-median of operation. So, to me, that's a question of whether you have a counsel that is a non-median of operation. It's not a question of whether you're a non-median of operation or a non-median of operation. Let's consider a review of this. Thank you, Mr. Chairman. Thank you very much. And, for a moment, I'm just going to make a case for our review. I hope you'll bear with me. It says, the sequence and manner in which the two issues are addressed, the penalties and the limit, without any counsel, or the use of involuntary doing in terms of decisively proceeding, are the same. The discharge and retain counsel, the removal of counsel, are generally intertwined, and the decisions as to them are here to be considered in the next hearing. If, accordingly, by an attitude it may not suit his right to discharge, why is that an abuse of discretion? Well, Mr. Chairman, it's two words. Counsel. Needless to say, Mr. Chairman, I would like to express a desire to seek opportunity for a reasonable counsel. Mr. Chairman, this would be a further request today for any requirement for people acquiring the number of a package of this procedure in due counsel, or showing that she has conceded,  requiring this to be presented to the Senate, or the district court to be seated in their favor. So, the situation today, as he brings it to the Senate, why is that an abuse of discretion? I think the abuse of discretion is not an abuse of discretion, Mr. Chairman. And I think the answer, Mr. Chairman, needs to be addressed by your counsel, and not by the district court. And that's the reasoning of the issue, Mr. Chairman. Counsel, my question is, for that package of this procedure, would it be a discretionary abuse of discretion? I suppose, and I'm not quite sure which one. Mr. Chairman, there is a case in office, which I'm sure Mr. Chairman is aware of. This is one of the cases in which you have exactly right to, to suggest this is a precedent, under which I think we're aligned, to suggest this is an abuse. I've done all this different law, I've been to a few different courts, and the system has changed, and we appreciate that. But what I'm looking at, you know, is district court's basis, what he was facing here. What do you all think? What do you think all the defendants do? And you're writing back, getting this written as a case, which is perfect. It would be the same thing, based on all of these policy issues, and some views, that the defendants' case, cannot stand worse, and so we haven't come to a deterrent. Well, the, the, the draft law, how the district court reflects, to me, it doesn't stand in the way of the issue. And I think that's a good point. I mean, this is a precedent that I'm refining, to be honest with you. And, and part of refining, or essentially refining, is rethinking those relationships. There isn't a request for Congress. Yeah, uncertoint, these were one of the criteria this district court did, and I don't see anything This was the proposition that this district court refused to the right to quire. So how's the debate? This Oui is an established exchange warning, and was probably simply so that he had to justify the clergy be careful and Freud clause emmissionary, we were talking to this group of people from the very beginning. The first order of that subject was let's see the date on this one October 20th. Okay, that's the first order I can imagine on it. And this then was another attorney for counsel and then the attorneys in the city commission had an absence earlier for most representatives to help me as a senior attorney because that's where if he wants to proceed without counsel he has to go to counsel. But I'm sorry, do I hear the judge saying you can't replace your first attorney? The problem is also replacing an attorney did your time satisfy the opportunity to report the second attorney? Well, I also remember when I was representing everyone that I did care about most of the court when I was on trial and the district court followed a few of our attorneys and separate our positions. I remember when I was representing all of the attorneys I had to separate the court into different areas of the district court. And that's exactly how I had to           that's exactly how I had to separate had to separate the      district court. separate the district court into different areas
judges: O'scannlain, Clifton, N.R. Smith